# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEANETTE KENNEDY,** | ] | |
| Plaintiff, | ] | |
| v. | ] | CASE NO: 2:13-cv-2349-KOB |
| **BEST BUY and THE BUREAUS,** | ] | |
| Defendants. | ] | |

## ORDER

This matter comes before the court on the Plaintiff and Best Buy Stores' "Joint Stipulation of Dismissal" (doc. 27) and "Plaintiff's Motion to Dismiss The Bureaus" (doc. 28). Plaintiff and Best Buy stipulate to dismissal of this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff's motion to dismiss The Bureaus is due to be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), which allows a Plaintiff to dismiss a claim "before the opposing party serves either an answer or a motion for summary judgment," because The Bureaus has not yet filed an answer nor made an appearance in this case.

Therefore, the court acknowledges Plaintiff and Best Buy's stipulation, GRANTS Plaintiff's motion to dismiss, and DISMISSES this case WITH PREJUDICE in its entirety, with all parties to bear thier own attorney's fees, costs, and expenses.

DONE and ORDERED this 15th day of July, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE